# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-2685

_____

| | |
|---|---|
| Edward Charles Franklin, | * |
| | * |
| Appellant, | * |
| | * |
| v. | * |
| | * |
| Texarkana, Arkansas Police | * |
| Department; Robert H. Harrison, Chief | * |
| of Police, City of Texarkana, AR; | * |
| Ernest Keck, Captain, City of | * |
| Texarkana Arkansas Police | * |
| Department; K-9 Patrol; K-9 Trainer; | * |
| Michael McQuerrey, Police Officer for | * |
| City of Texarkana, Arkansas Police | * |
| Department; Unknown Police 1-3; Wren | * |
| Autrey, City Attorney, Texarkana, | * |
| Arkansas; Unknown Sanders, Agent | * |
| for Bi-State Task Force, Texarkana, | * |
| Texas/Arkansas; Richard Ates, | * |
| Sergeant, City of Texarkana, Arkansas | * |
| Police Department; K-9 Handler; | * |
| Arkansas Department of Correction; | * |
| Max Mobley, Director of Treatment, | * |
| Arkansas Department of Corrections at | * |
| Bi-State Justice Center in Texarkana; | * |
| Ronald O. Dobbs, Director of Field | * |
| Service at Arkansas Department of | * |
| Correction; Rick Hart, Warden, Bi- | * |
| State Justice; Unknown Bellewed, | * |
| Lieutenant, Chief of Security at Bi- | * |
| State Justice; Kick Stand Brown, | * |

Sergeant, Night Shift Supervisor,                    *
Bi-State Justice; Unknown                            *
Hignight, Sergeant, Bi-State Justice;                *
Max Hadaway, Security Guard, Bi-                      *
State Justice; Unknown Security                       *
Guards, 1-2; Unknown Mays, Corporal,                 *
Day Shift Supervisor, Bi-State Justice;              *
Mary Choate, Sheriff, Bowie County,                  *
Texas; David White, Individually and                 *
in his capacity as Jail Administrator and            *
Supervisor at Bi-State; Pam Foster,                  *
Sergeant, Day Shift Supervisor,                      *
Bi-State; Unknown McEntire, Sergeant,                *
Night Shift Supervisor, Bi-State; E K                *
Sprueel, Security Guard, Bi-State                     *
Justice; Unknown Cornett, Sergeant,                  *
Night Shift Supervisor, Bi-State; Don                *
Thornell, Agent, Bi-State Narcotics                  *
Task Force; Robert Ramsey, Supervisor                *
of the Canine Unit of the Texarkana,                 *
Arkansas Police Department; Devin                    *
Warner, Patrol Officer with the                      *
Texarkana, Arkansas Police                           *
Department; James Coleman, Patrol                    *
Officer with the Texarkana, Arkansas                 *
Police Department,                                   *
                                                     *
        Appellees.                                   *


        _____

        No. 98-1519                    Appeals from the United States
        _____                    District Court for the
                                       Western District of Arkansas.

Edward Charles Franklin,              *
                                      *
        Appellee,                     *    [UNPUBLISHED]

-2-

v.

Texarkana, Arkansas Police
Department; Robert H. Harrison, Chief
of Police, City of Texarkana, AR;
Ernest Keck, Captain, City of
Texarkana Arkansas Police
Department; K-9 Patrol; K-9 Trainer;
Michael McQuerrey, Police Officer for
City of Texarkana, Arkansas Police
Department; Unknown Police 1-3; Wren
Autrey, City Attorney, Texarkana,
Arkansas; Unknown Sanders, Agent
for Bi-State Task Force, Texarkana,
Texas/Arkansas; Richard Ates,
Sergeant, City of Texarkana, Arkansas
Police Department; K-9 Handler;
Arkansas Department of Correction;
Max Mobley, Director of Treatment,
Arkansas Department of Corrections at
Bi-State Justice Center in Texarkana;
Ronald O. Dobbs, Director of Field
Service at Arkansas Department of
Correction; Rick Hart, Warden, Bi-
State Justice; Unknown Bellewed,
Lieutenant, Chief of Security at Bi-
State Justice; Kick Stand Brown,
Sergeant, Night Shift Supervisor,
Bi-State Justice; Unknown
Hignight, Sergeant, Bi-State Justice,

               Defendants,

Max Hadaway, Security Guard, Bi-
State Justice,

-3-

                    Appellant,                    *
                                                  *
Unknown Security Guards 1-2;                      *
Unknown Mays, Corporal, Day Shift                 *
Supervisor, Bi-State Justice; Mary                *
Choate, Sheriff, Bowie County, Texas;             *
David White, Individually and in his              *
capacity as Jail Administrator and                *
Supervisor at Bi-State; Pam Foster,               *
Sergeant, Day Shift Supervisor,                   *
Bi-State; Unknown McEntire, Sergeant,             *
Night Shift Supervisor, Bi-State; E K             *
Sprueel, Security Guard, Bi-State                 *
Justice; Unknown Cornett, Sergeant,               *
Night Shift Supervisor, Bi-State; Don             *
Thornell, Agent, Bi-State Narcotics               *
Task Force; Robert Ramsey, Supervisor             *
of the Canine Unit of the Texarkana,              *
Arkansas Police Department; Devin                 *
Warner, Patrol Officer with the                   *
Texarkana, Arkansas Police                        *
Department; James Coleman, Patrol                 *
Officer with the Texarkana, Arkansas              *
Police Department,                                *
                                                  *
                    Defendants.                   *

                        _____

              Submitted:  December 23, 1999
                  Filed:  January 4, 2000
                        _____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
                        _____

PER CURIAM.

Edward Charles Franklin appeals from two district court orders adopting the magistrate judge's reports and recommendations, and dismissing multiple claims in his 42 U.S.C. § 1983 action against various state and municipal defendants. He argues that the court erred in concluding that he was not subjected to excessive force when he was apprehended by a police dog, in dismissing the Texarkana Police Department as a defendant, and in awarding inadequate damages on his claim that police officers and security guards violated his right to privacy by pushing aside his clothing and photographing areas of his body that he alleged had been injured by the dog. Because we agree with the essential points of the district court's disposition of these issues, we affirm. See 8th Cir. R. 47B.

Max Hadaway cross-appeals from the district court's latter order awarding $250 to Franklin on his invasion of privacy claim, arguing that he was entitled to qualified immunity. We agree. We conclude that Franklin has not demonstrated a right which is "clearly established in a particularized sense relevant to the case at hand." Mettler v. Whitledge, 165 F.3d 1197, 1203 (8th Cir. 1999). Accordingly, we reverse and remand to the district court with instructions to enter judgment in favor of Hadaway on this claim.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.